UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | FFICE |
|  | ) |  |
| V. | ) | Cr. No. 1:01-CR 10320400-WGY |
|  | ) |  |
| THOMAS SIX, | ) |  |
|  | ) |  |
| Defendant | ) |  |

## GOVERNMENT'S PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by Michael J. Sullivan, U.S.
Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney,
represents that:

1. Defendant Thomas Six requires a Verification of Consent
to Tranfer Hearing for transfer from the United States to France,
pursuant to Title 18, United States Code, Section 4107.

2. Defendant Thomas Six is presently in custody at FMC
Devens.

3. This application for a writ is made so that Defendant
Thomas Six may be produced before this Court and inquired of,
pursuant to Title 18, United States Code, Section 4107.

4. According to U.S. Department of Justice Transfer Unit,
Defendant Thomas Six speaks English.

Wherefore, petitioner prays that a Writ of Habeas Corpus Ad
Testificandum issue from this Court to be directed to Warden, FMC
Devens, Ayer, Massachusetts, or to any other person having
custody and control of Defendant Thomas Six (inmate
identification number 23833-038), commanding them to produce
Defendant Thomas Six before the United States District Court,

6-2 05
allowed

District of Massachusetts, Donohue Federal Building, 595 Main

Street, 5th Floor, Courtroom of Charles B. Swartwood, III, Chief

United States Magistrate Judge, Worcester, Massachusetts, on June

7, 2005 for a hearing in the above-referenced matter.  A proposed

Writ is attached hereto.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   UNITED STATES ATTORNEY

                          By:      _____
                                   JOHN M. HODGENS, JR.
                                   Assistant U.S. Attorney

SS. Worcester

### CERTIFICATE OF SERVICE

     I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby
certify that a copy of the foregoing was served by mail upon
Sylvia Royce, Esq., counsel for Defendant, on this the 19th day
of May, 2005.

                          _____
                          JOHN M. HODGENS, JR.
                          Assistant U.S. Attorney