UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AD TESTIFICANDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to:

**WARDEN**
Federal Medical Center (FMC) Devens
Ayer, Massachusetts

**YOU ARE COMMANDED** to have the body of **THOMAS SIX**, Date of Birth 4/17/80, USM No. 23833-038, now in your custody, before the United States District Court, District of Massachusetts, United States Courthouse, Courtroom of Charles B. Swartwood, III, Chief United States Magistrate Judge, 595 Main Street, Worcester, Massachusetts on June 7, 2005 at _____ a.m. for a hearing.

And you are to retain the body of said **THOMAS SIX,** while before the United States District Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Worcester in said District this 2nd day of June, 2005.

Charles B. Swartwood, III
Chief United States Magistrate Judge

Sarah Thorton
Clerk of Court
By: _____
Deputy Clerk

Requested by AUSA John M. Hodgens, Jr.