AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

——————— District of ———————

## APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Thomas Six

I certify that I am admitted to practice in ~~this court~~. the U.S. Supreme Court

7 June 2005
Date

Signature: Sylvia Royce

Print Name: Sylvia Royce      Bar Number: DC Bar 924035

Address: 5505 Connecticut Ave. NW

City: Washington      State: DC      Zip Code: 20015

Phone Number: 202-362-3445      Fax Number: 202-686-4271