**Place of hearing:** Worcester, Massachusetts US **Docket number:**

**Date:** June 7, 2005  **Prisoner register No.:** 23833-038  **DOJ#:** 236539-03-7-109-F

## VERIFICATION OF CONSENT TO TRANSFER TO FRANCE
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, Thomas Six, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to France for the execution of the penal sentence imposed on me by a court of the United States, or a state thereof, that:

1. My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

2. My sentence will be carried out according to the laws of France;

3. If a court of the France should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of France, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

4. Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to France for the execution of the penal sentence imposed on me by a court of the United States of America, or a state thereof.

_____
Signature of transferring prisoner

Thomas Six

Subscribed before me this 7th day of June, 2005. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer

Charles B. Swartwood, III
Chief, U.S. Magistrate Judge

Print name and office